DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID ARCHER,**
Appellant,

v.

**WINN DIXIE STORES, INC.,** and **WESTERN UNION FINANCIAL SERVICES, INC.,**
Appellees.

No. 4D21-3258

[June 23, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE 17-000822.

David Archer, Tamarac, pro se.

No appearance required for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***